**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LV INVESTMENTS, INC., | No. C-14-01939 DMR |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| JOHN ADAMS, | |
| Defendant(s). | |

On July 28, 2014, Plaintiff filed a statement stating that the "matter has been resolved in state court" and "Plaintiff considers this matter closed," and requesting "that the Court, on its own motion[,] terminate this matter." Docket No. 7 at 2. The Court construes these statements as Plaintiff's voluntary dismissal of the action pursuant to Federal Rule of Civil Procedure 41(a)(2), and therefore **dismisses the case without prejudice**.

IT IS SO ORDERED.

Dated: July 29, 2014

_____
DONNA M. RYU
United States Magistrate Judge